UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

THE CITY OF ROCHESTER,

    Plaintiff,

v.

SMITH & WESSON BRANDS, INC., et al.

    Defendants.

**NOTICE OF APPEARANCE**

Case No.: 6:23-cv-06061-FPG

**PLEASE TAKE NOTICE** that I am admitted to practice in this Court, and I have been retained by and herby appear in this case as local counsel for Defendant STURM, RUGER & CO., INC. in the above-captioned action. Please serve all notices and other papers in this action upon me at the address below.

DATED:  February 3, 2023
      Buffalo, New York

            GOLDBERG SEGALLA LLP

             */s/ Meghan M. Brown*
            Meghan M. Brown, Esq.
            *Attorneys for Defendant*
            *Sturm, Ruger & Co., Inc.*
            665 Main Street
            Buffalo, New York 14203
            (716) 844-3457
            Email: mbrown@goldbergsegalla.com

TO:  All Counsel (*via ECF*)

34561972.v1