UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE CITY OF ROCHESTER<br>                            Plaintiff,<br>   -against-<br><br>SMITH & WESSON BRANDS, INC.;<br>BERETTA U.S.A. CORP.;<br>BUSHMASTER FIREARMS<br>INDUSTRIES, INC.; COLT'S<br>MANUFACTURING COMPANY, LLC;<br>GLOCK, INC.; HI POINT FIREARMS,<br>A/K/A STRASSEL'S MACHINE, INC.;<br>JA INDUSTRIES, LLC, F/K/A JENNINGS<br>FIREARMS, F/K/A BRYCO ARMS,<br>F/K/AJIMENEZ ARMS; KEL-TEC CNC<br>INDUSTRIES, INC.; O.F. MOSSBERG &<br>SONS, INCORPORATED; REMARMS,<br>LLC, A/K/A REMINGTON FIREARMS;<br>SAVAGE ARMS, INC.; SIG SAUER,<br>INC.; SPRINGFIELD ARMORY, INC.;<br>STURM, RUGER & CO., INC.; SCCY<br>INDUSTRIES, LLC; TAURUS<br>HOLDINGS, INC., A/K/A TAURUS<br>INTERNATIONAL MANUFACTURING,<br>INC.; JJE CAPITAL HOLDINGS, LLC;<br>ARM OR ALLY, LLC; BROWNELLS,<br>INC., A/K/A BROWNELLS OR BOB<br>BROWNELL'S; GS PERFORMANCE,<br>LLC, A/K/A GLOCKSTORE, A/K/A<br>GSPC A/K/A DOUBLE DIAMOND;<br>INDIE GUNS, LLC; JSD SUPPLY; KM<br>TACTICAL;POLYMER80, INC.;<br>PRIMARY ARMS, LLC; RANIER ARMS,<br>LLC; SALVO TECHNOLOGIES, INC.,<br>A/K/A 80P BUILDER OR 80P FREEDOM<br>CO.; ROCK SLIDE USA, LLC;<br>BANGERS, L.P. N/K/A IRON<br>VALLEY™ SUPPLY CO.; GUN CENTER<br>INC., A/K/A GC WHOLESALE; RSR<br>GROUP, INC.; VINTAGE FIREARMS,<br>LLC; AND WOLCOTT GUNS INC.,<br>                            Defendants. | Case No. 6:23-cv-06061<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE OF**<br>**TERRANCE P. FLYNN** |

PLEASE TAKE NOTICE that Terrance P. Flynn, Esq., a member of the law firm HARRIS BEACH PLLC, hereby appears in this action on behalf of defendants, BROWNELLS, INC., a/k/a BROWNELLS OR BOB BROWNELL'S; PRIMARY ARMS, LLC; and SALVO TECHNOLOGIES, INC., a/k/a 80P BUILDER OR 80P FREEDOM CO., and requests that he be served with copies of all future pleadings, discovery and submissions to the Court.

Dated: Buffalo, New York
      February 7, 2023

Respectfully Submitted,

/s/ Terrance P. Flynn

HARRIS BEACH PLLC
Terrance P. Flynn, Esq.
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Phone: (716) 200-5050

*Attorneys for Defendants,*
*Brownells, Inc., a/k/a Brownells or Bob Brownell's,*
*Primary Arms, LLC, and Salvo Technologies, Inc.,*
*a/k/a 80P Builder or 80P Freedom Co.*