# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER,<br><br>        Plaintiff,<br><br>  v.<br><br>SMITH & WESSON BRANDS, INC.; BERETTA U.S.A. CORP.; BUSHMASTER FIREARMS INDUSTRIES, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; HI POINT FIREARMS, A/K/A STRASSEL'S MACHINE, INC.; JA INDUSTRIES, LLC, F/K/A JENNINGS FIREARMS, F/K/A BRYCO ARMS, F/K/A JIMENEZ ARMS; KEL-TEC CNC INDUSTRIES, INC.; O.F. MOSSBERG & SONS, INCORPORATED; REMARMS, LLC, A/K/A REMINGTON FIREARMS; SAVAGE ARMS, INC.; SIG SAUER, INC.; SPRINGFIELD ARMORY, INC.; STURM, RUGER & CO., INC.; SCCY INDUSTRIES, LLC; TAURUS HOLDINGS, INC., A/K/A TAURUS INTERNATIONAL MANUFACTURING, INC.; JJE CAPITAL HOLDINGS, LLC; ARM OR ALLY, LLC; BROWNELLS, INC., A/K/A BROWNELLS OR BOB BROWNELL'S; GS PERFORMANCE, LLC, A/K/A GLOCKSTORE, A/K/A GSPC A/K/A DOUBLE DIAMOND; INDIE GUNS, LLC; JSD SUPPLY; KM TACTICAL; POLYMER80, INC.; PRIMARY ARMS, LLC; RANIER ARMS, LLC; SALVO TECHNOLOGIES, INC., A/K/A 80P BUILDER OR 80P FREEDOM CO.; ROCK SLIDE USA, LLC; BANGERS, L.P. N/K/A IRON VALLEY™ SUPPLY CO.; GUN CENTER INC., A/K/A GC WHOLESALE; RSR GROUP, INC.; VINTAGE FIREARMS, LLC; AND WOLCOTT GUNS INC.,<br>                        Defendants. | Case No. 6:23-cv-06061-FPG<br><br>Hon. Frank P. Geraci, Jr. |

# MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(d), the undersigned counsel of record hereby moves for the admission of Anthony J. Dick *pro hac vice* in this matter on behalf Smith & Wesson Brands, Inc. ("Smith & Wesson"). The undersigned counsel, Alexander J. Douglas, who is a member in good standing of the courts of New York State, U.S. District Court, W.D.N.Y., U.S. District Court, N.D.N.Y., U.S. District Court, E.D.N.Y., U.S. District Court, S.D.N.Y., and the U.S. Court of Appeals for the Second Circuit, will continue to represent Smith & Wesson if this motion is granted.

Dated: February 7, 2023    Respectfully submitted,

By: /s/ Alexander J. Douglas

Alexander J. Douglas
KENNEY SHELTON LIPTAK NOWAK LLP
The Calumet Building
233 Franklin Street
Buffalo, New York 14202
Phone: (716) 853-3801

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2023, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

/s/ Alexander J. Douglas
Alexander J. Douglas

*Attorney for Smith & Wesson Brands, Inc.*