UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Anthony J. Dick
_____
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK )
                  ) ss:
COUNTY OF Monroe

Alexander J. Douglas, being duly sworn deposes and says:

1. I reside at: 23 Green Acre Lane, Rochester, New York 14624

and maintain an office for the practice of law at: Kenney Shelton Liptak Nowak LLP, The Calumet Building, 233 Franklin Street, Buffalo, NY 14202

2. I am an attorney at law, admitted to practice in the courts of New York State, U.S. District Court (all districts), and U.S. Court of Appeals for the Second Circuit, I was admitted to practice in the United States District Court for the Western District of New York on the 27th day of October, 2015.

3. I have known the petitioner since January 22, 2023 and under the following circumstances: The petitioner's law firm sought local counsel in this matter.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Based on my conversations with the petitioner and his colleagues, he appears to have strong moral character and fitness to be admitted to practice in t W.D.N.Y.

_____
Signature of Sponsoring Attorney

Sworn to before me this 6th day of February, 2023

_____
Notary Public

MARCY J. CONAWAY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01CO6059084
Qualified in Monroe County
My Commission Expires 5/21/23