UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF  District of Columbia         )
                                       ) SS:
_____ COUNTY                 )

I, Anthony J. Dick                of  Washington, D.C.
                                      City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 6th day of Feb, 2023.

_____
Notary Public

District of Columbia

Signed and sworn to (or affirmed) before me on
2/6/23 by Anthony Dick
Date   Name(s) of Individual(s) making statement

_____
Signature of Notarial Officer

Notary Public
Title of Office

My Commission Expires: 11/14/26

[Notary Seal: CHRISTOPHER TATE, NOTARY PUBLIC, DISTRICT OF COLUMBIA, EXP. 11-14-2026]

Rev. 2/2000