## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BERETTA U.S.A. CORP.; ) <br> BUSHMASTER FIREARMS ) <br> INDUSTRIES, INC.; COLT'S ) <br> MANUFACTURING COMPANY, LLC; ) <br> GLOCK, INC.; HI POINT FIREARMS, ) <br> A/K/A STRASSEL'S MACHINE, INC.; ) <br> JA INDUSTRIES, LLC, F/K/A JENNINGS ) <br> FIREARMS, F/K/A BRYCO ARMS, ) <br> F/K/A JIMENEZ ARMS; KEL-TEC CNC ) <br> INDUSTRIES, INC.; O.F. MOSSBERG & ) <br> SONS, INCORPORATED; REMARMS, ) <br> LLC, A/K/A REMINGTON FIREARMS; ) <br> SAVAGE ARMS, INC.; SIG SAUER, ) <br> INC.; SPRINGFIELD ARMORY, INC.; ) <br> STURM, RUGER & CO., INC.; SCCY ) <br> INDUSTRIES, LLC; TAURUS ) <br> HOLDINGS, INC., A/K/A TAURUS ) <br> INTERNATIONAL MANUFACTURING, ) <br> INC.; JJE CAPITAL HOLDINGS, LLC; ) <br> ARM OR ALLY, LLC; BROWNELLS, ) <br> INC., A/K/A BROWNELLS OR BOB ) <br> BROWNELL'S; GS PERFORMANCE, ) <br> LLC, A/K/A GLOCKSTORE, A/K/A ) <br> GSPC A/K/A DOUBLE DIAMOND; ) <br> INDIE GUNS, LLC; JSD SUPPLY; KM ) <br> TACTICAL; POLYMER80, INC.; ) <br> PRIMARY ARMS, LLC; RANIER ARMS, ) <br> LLC; SALVO TECHNOLOGIES, INC., ) <br> A/K/A 80P BUILDER OR 80P FREEDOM ) <br> CO.; ROCK SLIDE USA, LLC; ) <br> BANGERS, L.P. N/K/A IRON ) <br> VALLEY™ SUPPLY CO.; GUN CENTER ) <br> INC., A/K/A GC WHOLESALE; RSR ) <br> GROUP, INC.; VINTAGE FIREARMS, ) <br> LLC; AND WOLCOTT GUNS INC., ) <br> Defendants. ) | Case No. 6:23-cv-06061-FPG <br><br> Hon. Frank P. Geraci, Jr. |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(d), the undersigned counsel of record hereby moves for the admission of Noel J. Francisco *pro hac vice* in this matter on behalf Smith & Wesson Brands, Inc. ("Smith & Wesson").  The undersigned counsel, Alexander J. Douglas, who is a member in good standing of the courts of New York State, U.S. District Court, W.D.N.Y., U.S. District Court, N.D.N.Y., U.S. District Court, E.D.N.Y., U.S. District Court, S.D.N.Y., and the U.S. Court of Appeals for the Second Circuit, will continue to represent Smith & Wesson if this motion is granted.

Dated:  February 7, 2023               Respectfully submitted,


                                       By: /s/ Alexander J. Douglas

                                       Alexander J. Douglas
                                       KENNEY SHELTON LIPTAK NOWAK LLP
                                       The Calumet Building
                                       233 Franklin Street
                                       Buffalo, New York 14202
                                       Phone: (716) 853-3801

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 7, 2023, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

/s/ Alexander J. Douglas
Alexander J. Douglas

*Attorney for Smith & Wesson Brands, Inc.*
