# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Noel J. Francisco
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Frank P. Geraci, Jr., JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

Noel J. Francisco _____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

    Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001

2. That petitioner attended the following educational institutions and received the following degrees:

    The University of Chicago (B.A.; J.D.)

3. Please complete either (a) or (b):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:
Attorney Petition Form
Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database and Electronic Case Filing Registration Form
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees (due on upon admission)

<u>Pro Hac Vice Admission</u>

(b) That petitioner is admitted to practice in the State of District of Columbia

Additional Requirements:
Motion to Appear Pro Hac Vice
Admission Petition Form
Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database and Electronic Case Filing Registration Form
Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:

   Please see attached.

5. Since such admission(s), petitioner has practiced in the following courts:

   U.S. Supreme Ct.; U.S. Cts. of App. for the 1st, 3rd, 4th, 6th, 8th, 9th, & D.C. Circuits.

   and has been involved in the following professional activities:

   Regularly provide CLE instruction; Federalist Society

6. Please respond separately to each of the following questions:

   (a) Have you ever been held in contempt of court? ◯ Yes ⦿ No
   (b) Have you ever been sanctioned by a court? ◯ Yes ⦿ No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ⦿ No
   (d) Have you ever been suspended or disbarred by any court? ⦿ Yes ◯ No   Statement for 6(d) is attached.
   (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ⦿ No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ⦿ No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

   Statement for 6(d) is attached.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this ___6___ day of __Feb__, _2023_

_____
Notary Public

District of Columbia

Signed and sworn to (or affirmed) before me on
_2/6/2023_ by _Noel Francisco_
  Date         Name(s) of individuals(s) making statement

_____
Signature of Notarial Officer
_Notary Public_
Title of Office

My Commission Expires: _11/14/26_

(Revised March 2022)

## List of All Bar Memberships

- D.C. Bar (No. 464752) – Admitted 10/01/1999
- Virginia Bar (No. 42763) – Admitted 12/10/1998
- United States Supreme Court (No. 260707) – Admitted 07/31/2006
- U.S. Court of Appeals for the 1st Circuit (No. 113188) – Admitted 01/17/2013
- U.S. Court of Appeals for the 2nd Circuit – Admitted 01/26/2011
- U.S. Court of Appeals for the 3rd Circuit – Admitted 11/13/2008
- U.S. Court of Appeals for the 4th Circuit – Admitted 05/27/2011
- U.S. Court of Appeals for the 5th Circuit – Admitted 10/29/2021
- U.S. Court of Appeals for the 6th Circuit – Admitted 11/07/2005
- U.S. Court of Appeals for the 7th Circuit – Admitted 10/13/2000
- U.S. Court of Appeals for the 8th Circuit – Admitted 08/13/2015
- U.S. Court of Appeals for the 9th Circuit – Admitted 02/26/2021
- U.S. Court of Appeals for the 10th Circuit – Admitted 02/15/2013
- U.S. Court of Appeals for the 11th Circuit – Admitted 09/09/2014
- U.S. Court of Appeals for the District of Columbia (No. 53285) – Admitted 01/31/2011
- U.S. District Court for the District of Columbia (No. 464752) – Admitted 05/01/2006

## Statement for 6(d)

In 2003, my D.C. bar membership was temporarily suspended due to an inadvertent failure to timely pay dues. The dues were promptly paid as soon as the oversight was discovered, and the D.C. bar membership was promptly reinstated. Throughout, I remained an associate member of the Virginia bar. I have not otherwise been disbarred or suspended, and I am not the object of any pending disciplinary proceedings in any jurisdiction where I have been admitted generally, *pro hac vice*, or in any other way.