UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**THE CITY OF ROCHESTER,**

*Plaintiff,*

v.

**SMITH & WESSON BRANDS, INC.; BERETTA U.S.A. CORP.; BUSHMASTER FIREARMS INDUSTRIES, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; HI POINT FIREARMS, A/K/A STRASSEL'S MACHINE, INC.; JA INDUSTRIES, LLC, F/K/A JENNINGS FIREARMS, F/K/A BRYCO ARMS, F/K/A JIMENEZ ARMS; KEL-TEC CNC INDUSTRIES, INC.; O.F. MOSSBERG & SONS, INCORPORATED; REMARMS, LLC, A/K/A REMINGTON FIREARMS; SAVAGE ARMS, INC.; SIG SAUER, INC.; SPRINGFIELD ARMORY, INC.; STURM, RUGER & CO., INC.; SCCY INDUSTRIES, LLC; TAURUS HOLDINGS, INC., A/K/A TAURUS INTERNATIONAL MANUFACTURING, INC.; ARM OR ALLY, LLC; BROWNELLS, INC., A/K/A BROWNELLS OR BOB BROWNELL'S; GS PERFORMANCE, LLC, A/K/A GLOCKSTORE, A/K/A GSPC A/K/A DOUBLE DIAMOND; INDIE GUNS, LLC; JSD SUPPLY; KM TACTICAL; POLYMER80, INC.; PRIMARY ARMS, LLC; RANIER ARMS, LLC; SALVO TECHNOLOGIES, INC., A/K/A 80P BUILDER OR 80P FREEDOM CO.; ROCK SLIDE USA, LLC; BANGERS, L.P. N/K/A IRON VALLEY™ SUPPLY CO.; GUN CENTER INC., A/K/A GC WHOLESALE; RSR GROUP, INC.; VINTAGE FIREARMS, LLC; AND WOLCOTT GUNS INC.,**

*Defendants.*

NOTICE OF APPEARANCE

Civil No.: 6:23-cv-06061-FPG

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the defendant, Remarms, LLC a/k/a Remington Firearms, in the above-captioned action.

25895370.1

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his name be placed on the Court's docket and mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that the above-named defendant does not waive any jurisdictional defenses.

**DATED:** February 13, 2023

**BARCLAY DAMON LLP**

By: */s/ Thomas B. Cronmiller*
      Thomas B. Cronmiller, Esq.

*Attorneys for Defendant*
*Remarms, LLC a/k/a Remington Firearms*
Office and Post Office Address
2000 Five Star Bank Plaza
100 Chestnut Street
Rochester, New York 14604
Telephone (585) 295-4424
Email: tcronmiller@barclaydamon.com