UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE CITY OF ROCHESTER ) <br>                    Plaintiff, ) <br>   -against- ) <br> ) <br> SMITH & WESSON BRANDS, INC.; ) <br> BERETTA U.S.A. CORP.; ) <br> BUSHMASTER FIREARMS ) <br> INDUSTRIES, INC.; COLT'S ) <br> MANUFACTURING COMPANY, LLC; ) <br> GLOCK, INC.; HI POINT FIREARMS, ) <br> A/K/A STRASSEL'S MACHINE, INC.; ) <br> JA INDUSTRIES, LLC, F/K/A JENNINGS ) <br> FIREARMS, F/K/A BRYCO ARMS, ) <br> F/K/A JIMENEZ ARMS; KEL-TEC CNC ) <br> INDUSTRIES, INC.; O.F. MOSSBERG & ) <br> SONS, INCORPORATED; REMARMS, ) <br> LLC, A/K/A REMINGTON FIREARMS; ) <br> SAVAGE ARMS, INC.; SIG SAUER, ) <br> INC.; SPRINGFIELD ARMORY, INC.; ) <br> STURM, RUGER & CO., INC.; SCCY ) <br> INDUSTRIES, LLC; TAURUS ) <br> HOLDINGS, INC., A/K/A TAURUS ) <br> INTERNATIONAL MANUFACTURING, ) <br> INC.; JJE CAPITAL HOLDINGS, LLC; ) <br> ARM OR ALLY, LLC; BROWNELLS, ) <br> INC., A/K/A BROWNELLS OR BOB ) <br> BROWNELL'S; GS PERFORMANCE, ) <br> LLC, A/K/A GLOCKSTORE, A/K/A ) <br> GSPC A/K/A DOUBLE DIAMOND; ) <br> INDIE GUNS, LLC; JSD SUPPLY; KM ) <br> TACTICAL; POLYMER80, INC.; ) <br> PRIMARY ARMS, LLC; RANIER ARMS, ) <br> LLC; SALVO TECHNOLOGIES, INC., ) <br> A/K/A 80P BUILDER OR 80P FREEDOM ) <br> CO.; ROCK SLIDE USA, LLC; ) <br> BANGERS, L.P. N/K/A IRON ) <br> VALLEY™ SUPPLY CO.; GUN CENTER ) <br> INC., A/K/A GC WHOLESALE; RSR ) <br> GROUP, INC.; VINTAGE FIREARMS, ) <br> LLC; AND WOLCOTT GUNS INC., ) <br>                    Defendants. ) <br> ) | Case No. 6:23-cv-06061 <br><br><br><br><br><br><br> **NOTICE OF MOTION AND MOTION** <br> **TO APPEAR *PRO HAC VICE* OF** <br> **BRIAN W. BARNES** |

| | |
|---|---|
| Nature of Action: | Other Statutory Actions |
| Moving Parties: | Defendants, Brownells, Inc., a/k/a Brownells or Bob Brownell's, Primary Arms, LLC, Salvo Technologies, Inc., a/k/a 80P Builder or 80P Freedom Co. and Rock Slide USA, LLC |
| Motion: | Admission *Pro Hac Vice* of Brian W. Barnes, Esq. |
| Date and Time: | At a time to be determined before the Hon. Frank P. Geraci, Jr. (or upon submission) |
| Place: | United States District Courthouse<br>100 State Street<br>Rochester, New York 14614 |
| Supporting Papers: | 1. Notice of Motion for Admission Pro Hac Vice;<br>2. Sponsor Affidavit of Terrance P. Flynn, Esq.;<br>3. Petition for Attorney Admission of Brian W. Barnes, Esq.;<br>4. Attorney's Oath;<br>5. Civility Principles Form; and<br>6. Attorney's Database and ECF Registration Form. |
| Answering Papers: | Pursuant to Local Rule 7(b), unless the Court issues an order otherwise. |
| Reply Papers: | None. |
| Relief Requested: | Pursuant to Local Rule 83.1(c), defendants seek an order granting their motion *pro hac vice* seeking the admission of Brian W. Barnes to participate in the above-captioned matter, and for such other and further relief as the Court deems just and proper. |
| Grounds for Relief: | Local Rule 83.1(c) |
| Oral Argument: | Not Requested. |

Dated: Buffalo, New York
      February 15, 2023           Respectfully Submitted,

                                              /s/ Terrance P. Flynn
HARRIS BEACH PLLC
Terrance P. Flynn, Esq.
726 Exchange Street, Suite 1000
Buffalo, New York 14210
Phone: (716) 200-5050

*Attorneys for Defendants,*
*Brownells, Inc., a/k/a Brownells or Bob Brownell's,*
*Primary Arms, LLC, Salvo Technologies, Inc., a/k/a*
*80P Builder or 80P Freedom Co., and Rock Slide*
*USA, LLC*