IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER,<br><br>                 Plaintiff,<br>    v.<br><br>SMITH & WESSON BRANDS, INC., et al.,<br><br>                 Defendants. | Case No.: 6:23-cv-06061 |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that JOHN PARKER SWEENEY, JAMES W. PORTER, III, MARC A. NARDONE, and CONNOR M. BLAIR of the law firm BRADLEY ARANT BOULT CUMMINGS LLP enter an appearance as counsel for the defendant, Polymer80, Inc., in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that their names be placed on the Court's docket and mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that the above-named defendant does not waive any jurisdictional defenses.

|  |  |
|---|---|
| Dated: February 16, 2023 | Respectfully submitted, |
|  | */s/ John Parker Sweeney* |
|  | John Parker Sweeney<br>James W. Porter, III<br>Marc A. Nardone<br>Connor M. Blair<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>1615 L Street N.W., Suite 1350<br>Washington, DC 20036<br>Telephone: (202) 393-7150<br>jsweeney@bradley.com<br>jporter@bradley.com<br>mnardone@bradley.com<br>cblair@bradley.com |
|  | *Attorneys for Defendant Polymer80, Inc.* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2023, I electronically filed the foregoing with the Clerk of the Count using the CM/ECF system, and I hereby certify that service will be accomplished by the CM/ECF system on all parties or their counsel.

Dated: February 16, 2023                               */s/ John Parker Sweeney*
                                                        John Parker Sweeney

                                                        *Attorney for Defendant Polymer80, Inc.*