# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

SALVATORE CHARLES BADALA
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

**SPONSORING AFFIDAVIT**

STATE OF NEW YORK ) ss:
COUNTY OF New York

Paul Napoli, being duly sworn deposes and says:

1. I reside at: 200 Dorado Beach Dr., Unit 3812, Dorado, Puerto Rico 00646

and maintain an office for the practice of law at: 1302 Avienda Ponce de Leon, Santurce Puerto Rico, 00904

2. I am an attorney at law, admitted to practice in the State of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 2nd day of June, 2017.

3. I have known the petitioner since 2016 and under the following circumstances: Petitioner was an associate at Napoli Shkolnik PLLC where i am Co-Counsel

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Mr. Badala's reputation is exceptional, advancing to the position of Partner and General Counsel for Napoli Shkolnik PLLC

_____
Signature of Sponsoring Attorney

Sworn to before me this 17 day of February, 2027

_____
Notary Public

HAROLD MAY
Notary Public, State of New York
Registration No. 01MA5069176
Qualified in Suffolk County
Commission Expires Nov. 18, 2026