UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- X

| | |
|---|---|
| THE CITY OF ROCHESTER, : | Case No. 6:23-cv-06061-FPG |
| Plaintiff, : | |
| | Hon. Frank P. Geraci, Jr. |
| v. : | |
| | |
| SMITH & WESSON BRANDS, INC.; BERETTA : | **NOTICE AND MOTION FOR** |
| U.S.A. CORP.; BUSHMASTER FIREARMS | **ADMISSION *PRO HAC VICE*** |
| INDUSTRIES, INC.; COLT'S MANUFACTURING : | |
| COMPANY, LLC; GLOCK, INC.; HI POINT | |
| FIREARMS, A/K/A STRASSEL'S MACHINE, : | |
| INC.; JA INDUSTRIES, LLC, F/K/A JENNINGS | |
| FIREARMS, F/K/A BRYCO ARMS, F/K/A : | |
| JIMENEZ ARMS; KEL-TEC CNC INDUSTRIES, | |
| INC.; O.F. MOSSBERG & SONS, : | |
| INCORPORATED; REMARMS, LLC, A/K/A | |
| REMINGTON FIREARMS; SAVAGE ARMS, : | |
| INC.; SIG SAUER, INC.; SPRINGFIELD | |
| ARMORY, INC.; STURM, RUGER & CO., INC.; : | |
| SCCY INDUSTRIES, LLC; TAURUS HOLDINGS, | |
| INC., A/K/A TAURUS INTERNATIONAL : | |
| MANUFACTURING, INC.; JJE CAPITAL | |
| HOLDINGS, LLC; ARM OR ALLY, LLC; : | |
| BROWNELLS, INC., A/K/A BROWNELLS OR | |
| BOB BROWNELL'S; GS PERFORMANCE, LLC, : | |
| A/K/A GLOCKSTORE, A/K/A GSPC A/K/A | |
| DOUBLE DIAMOND; INDIE GUNS, LLC; JSD : | |
| SUPPLY; KM TACTICAL; POLYMER80, INC.; | |
| PRIMARY ARMS, LLC; RANIER ARMS, LLC; : | |
| SALVO TECHNOLOGIES, INC., A/K/A 80P | |
| BUILDER OR 80P FREEDOM CO.; ROCK SLIDE : | |
| USA, LLC; BANGERS, L.P. N/K/A IRON | |
| VALLEY™ SUPPLY CO.; GUN CENTER INC., : | |
| A/K/A GC WHOLESALE; RSR GROUP, INC.; | |
| VINTAGE FIREARMS, LLC; and WOLCOTT : | |
| GUNS INC., | |
| : | |
| Defendants. | |
| : | |

------------------------------------- X

Pursuant to Local Civil Rule 83.1(d), the undersigned counsel of record hereby moves for the admission of John F. Weeks IV, *pro hac vice* in this matter on behalf Defendant

Taurus Holdings, Inc. ("Defendant"). The undersigned counsel, John G. McCarthy, is a member in good standing of the Bars of the State of New York, State of Connecticut, the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Seventh and Ninth Circuits, and United States District Courts in Eastern, Northern, Southern and Western Districts of New York, District of Connecticut and Northern District of Indiana. The undersigned will continue to represent Defendant if this motion is granted.

Dated: February 27, 2023

                                                SMITH, GAMBRELL & RUSSELL, LLP

                                                By: /s/ John G. McCarthy
                                                         John G. McCarthy

                                                *Attorney for Defendant*
                                                *Taurus Holdings, Inc.*

                                                1301 Avenue of the Americas, 21st Floor
                                                New York, New York 10019
                                                Tel: (212) 907-9700
                                                jmccarthy@sgrlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on February 27, 2023, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

                                            /s/ John G. McCarthy
                                            John G. McCarthy

                                            *Attorney for Defendant*