# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**IN THE MATTER OF THE APPLICATION OF**

John F. Weeks IV
_____
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

TO THE HONORABLE Frank P. Geraci, Jr., JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

John F. Weeks IV, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

   Smith, Gambrell & Russell, LLP, 1105 W. Peachtree St. N.E., Suite 1000, Atlanta, GA 30309

2. That petitioner attended the following educational institutions and received the following degrees:

   University of North Carolina (B.A.) and Mercer University (J.D.)

3. Please complete either (a) or (b):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

   Additional Requirements:
      Attorney Petition Form
      Admission Sponsoring Affidavit
      Attorney's Oath
      Civility Principles Oath
      Attorney Database and Electronic Case Filing Registration Form
      Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees (due on upon admission)

<u>Pro Hac Vice Admission</u>

(b) That petitioner is admitted to practice in the State of Georgia and State of North Carolina.

   Additional Requirements:
      Motion to Appear Pro Hac Vice
      Admission Petition Form
      Admission Sponsoring Affidavit
      Attorney's Oath
      Civility Principles Oath
      Attorney Database and Electronic Case Filing Registration Form
      Check, money order, or payment of fee online in the amount of the Pro Hac Vice fee set forth in the District Court Schedule of Fees (due upon application)

4. Petitioner is admitted to the following courts:

    See attached.

5. Since such admission(s), petitioner has practiced in the following courts:


and has been involved in the following professional activities:


6. Please respond separately to each of the following questions:
   (a) Have you ever been held in contempt of court? ◯ Yes ⦿ No
   (b) Have you ever been sanctioned by a court? ◯ Yes ⦿ No
   (c) Have you ever been publicly censured, admonished, advised, or cautioned in a disciplinary proceeding? ◯ Yes ⦿ No
   (d) Have you ever been suspended or disbarred by any court? ◯ Yes ⦿ No
   (e) Have you ever been denied admission or readmission to the Bar of any court? ◯ Yes ⦿ No
   (f) Are you now the subject of any pending disciplinary proceeding OR the subject of any pending disciplinary complaint before any court? ◯ Yes ⦿ No

In the case of each affirmative answer to a question set forth above, the applicant shall file a confidential statement under seal disclosing the identity of the responsible court or disciplinary committee, as well as the date, background, outcome and any facts of a mitigating or exculpatory nature as may be pertinent. Such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.


7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.


**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this 23 day of February, 2023.

Notary Public _Linda Russell_

[Notary Seal: LINDA RUSSELL, NOTARY PUBLIC, HENRY COUNTY, GA, Exp. July 8, 2023]

(Revised March 2022)



# Supreme Court
# State of Georgia
NATHAN DEAL JUDICIAL CENTER
Atlanta 30334

February 16, 2023

I hereby certify that John Francis Weeks, Esq., was admitted on the 30th day of April, 2007, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
     } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **John F. Weeks, State Bar No. 335528**, was duly admitted to practice in said Court on 04/30/2007, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 4th day of October, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By: *Parker Thompson*
Parker Thompson
Deputy Clerk

