UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

JOHN F. WEEKS IV
(Name of Petitioner)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING AFFIDAVIT

STATE OF NEW YORK ) ss:
COUNTY OF New York )

John G. McCarthy, being duly sworn deposes and says:
Name of Sponsor

1. I reside at: Hamden, Connecticut
City, State

and maintain an office for the practice of law at: Smith, Gambrell & Russell, LLP 1301 Avenue of the Americas, 21st Floor, New York, NY 10019

2. I am an attorney at law, admitted to practice in the States of New York and Connecticut (including all US district courts in those states), the U.S. Supreme Court, the Second Circuit, I was admitted to practice in the United States District Court for the Western District of New York on the 23rd day of December, 2014.

3. I have known the petitioner since 2009 and under the following circumstances: we have been practicing law at the same firm since December 2008.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: As a colleague of the petitioner, he is of strong moral character and fitness to be admitted to practice in the Western Dist. of New York.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: February 22, 2023
Date

Signature of Sponsoring Attorney

Rev. 1/3/2023