UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE CITY OF ROCHESTER,

                                          Plaintiff,

vs.

SMITH & WESSON BRANDS, INC. et al.,

                                          Defendants.
_____

6:23-cv-06061 FPG

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION**

PLEASE TAKE NOTICE that, upon the Affidavit of Kathleen J. Martin, dated March 1, 2023, and the Petition of Michael Lyn Rice, dated February 21, 2023, a motion will be made before this Court on submission for an Order pursuant to Local Rule 83.1(i), for admission of Michael Lyn Rice *pro hac vice* to this Court, and for such other and further relief as the Court may deem just and proper.

Dated:  March 1, 2023

                                        GOLDBERG SEGALLA LLP
                                        */s/Kathleen J. Martin*
                                        Kathleen J. Martin
                                        *Attorneys for Defendant,*
                                        *Colt's Manufacturing Company, LLC*
                                        665 Main Street
                                        Buffalo, New York 14203
                                        (716) 566-5400
                                        kmartin@goldbergsegalla.com

35540930.v1