UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Michael Lyn Rice
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY    Pro hac vice

6-23-cv-06061 FPG

SPONSORING
AFFIDAVIT

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF Erie     )

Kathleen J. Martin , being duly sworn deposes and says:

1. I reside at:

Buffalo, New York

and maintain an office for the practice of law at: Goldberg Segalla LLP 665 Main Street Buffalo, NY 14203

2. I am an attorney at law, admitted to practice in the State of New York (2000)

_____, I was admitted to practice in the United States District Court for the Western District of New York on the 9th day of August, 2011.

3. I have known the petitioner since 2023 and under the following circumstances:

Representation of Colt's Manufacturing Company, LLC

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____
I have worked with Mr. Rice in connection with my representation of Colt's Manufacturing Company, LLC.

Mr. Rice is well qualified to practice before this court.

/s/Kathleen J. Martin
Signature of Sponsoring Attorney

Sworn to before me this 1st day of March, 2023

/s/Lori J. Meinhold (Erie County NY - Commission Expires 9/21/2025)
Notary Public