**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

------------------------------------- X

THE CITY OF ROCHESTER,  :

                    Plaintiff,  :

    v.  :

SMITH & WESSON BRANDS, INC.; BERETTA U.S.A. CORP.; BUSHMASTER FIREARMS INDUSTRIES, INC.; COLT'S MANUFACTURING COMPANY, LLC; GLOCK, INC.; HI POINT FIREARMS, A/K/A STRASSEL'S MACHINE, INC.; JA INDUSTRIES, LLC, F/K/A JENNINGS FIREARMS, F/K/A BRYCO ARMS, F/K/A JIMENEZ ARMS; KEL-TEC CNC INDUSTRIES, INC.; O.F. MOSSBERG & SONS, INCORPORATED; REMARMS, LLC, A/K/A REMINGTON FIREARMS; SAVAGE ARMS, INC.; SIG SAUER, INC.; SPRINGFIELD ARMORY, INC.; STURM, RUGER & CO., INC.; SCCY INDUSTRIES, LLC; TAURUS HOLDINGS, INC., A/K/A TAURUS INTERNATIONAL MANUFACTURING, INC.; JJE CAPITAL HOLDINGS, LLC; ARM OR ALLY, LLC; BROWNELLS, INC., A/K/A BROWNELLS OR BOB BROWNELL'S; GS PERFORMANCE, LLC, A/K/A GLOCKSTORE, A/K/A GSPC A/K/A DOUBLE DIAMOND; INDIE GUNS, LLC; JSD SUPPLY; KM TACTICAL; POLYMER80, INC.; PRIMARY ARMS, LLC; RANIER ARMS, LLC; SALVO TECHNOLOGIES, INC., A/K/A 80P BUILDER OR 80P FREEDOM CO.; ROCK SLIDE USA, LLC; BANGERS, L.P. N/K/A IRON VALLEY™ SUPPLY CO.; GUN CENTER INC., A/K/A GC WHOLESALE; RSR GROUP, INC.; VINTAGE FIREARMS, LLC; and WOLCOTT GUNS INC.,  :

                    Defendants.  :

------------------------------------- X

Case No. 6:23-cv-06061-FPG

Hon. Frank P. Geraci, Jr.

**NOTICE OF MOTION TO WAIVE LOCAL COUNSEL REQUIREMENT**
**JOHN F. WEEKS IV**

**PLEASE TAKE NOTICE** that John G. McCarthy, counsel for Defendant Taurus Holdings, Inc., will move this Court for an Order waiving the local counsel and physical office requirement set forth in Local Rule 83.2(a)(1) as it relates to the Motion for Admission *Pro Hac Vice* of John F. Weeks IV in the above-referenced matter. Oral argument is not requested. The Motion to Waive Local Counsel Requirement is attached.

Dated: March 2, 2023                                    Respectfully submitted,

                                                        SMITH, GAMBRELL & RUSSELL, LLP

                                                        */s/ John G. McCarthy*
                                                        John G. McCarthy
                                                        1301 Avenue of the Americas, 21st Floor
                                                        New York, New York 10019
                                                        Tel: (212) 907-9700
                                                        Fax: (212) 907-9800
                                                        Email: jmccarthy@sgrlaw.com

                                                        *Attorney for Defendant*
                                                        *Taurus Holdings, Inc.*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 2, 2023, the foregoing document was served upon all counsel of record through this Court's electronic filing system as identified in the Notice of Electronic Filing.

                                                              */s/ John G. McCarthy*
                                                              John G. McCarthy