CAO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Western District of New York

The City of Rochester

Plaintiff(s),

v.

Smith & Wesson Brands, Inc., et al.

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 6:23-cv-06061

Notice is hereby given that, subject to approval by the court, __RemArms LLC A/K/A Remington Firea__ substitutes
(Party (s) Name)

__Robert B. Calihan__, State Bar No. __1817659__ as counsel of record in
(Name of New Attorney)

place of __Thomas Cronmiller__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Calihan Law, PLLC

Address: 75 South Clinton Ave, Suite 510, Rochester, NY 14604

Telephone: (585) 281-2593   Facsimile: _____

E-Mail (Optional): rcalihan@calihanlaw.com

I consent to the above substitution.

Date: 3/13/2023

_____
(Signature of Party (s))

I consent to being substituted.

Date: 3/3/2023

Thomas B. Cronmiller
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 3/3/2023

Robert B. Calihan
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/3/23

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Print   Save As   Export as PDF   Retrieve PDF File   Reset