IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| THE CITY OF ROCHESTER, | ) ) ) | Case No. 6:23-cv-06061-FPG |
| Plaintiff, | ) ) | Honorable Frank P. Geraci, Jr. |
| -against- | ) ) |  |
| SMITH & WESSON BRANDS, INC.; et al. | ) ) ) |  |
| Defendants. | ) ) |  |

### **DEFENDANTS' NOTICE OF MOTION TO CONSOLIDATE**

PLEASE TAKE NOTICE that Defendants, by and through their attorneys, respectfully move pursuant to Federal Rule of Civil Procedure 42(a) to consolidate this case with *The City of Buffalo v. Smith & Wesson Brands, Inc., et al.*, Case No. 1:23-cv-00066-FPG for pre-trial purposes.

As support, Defendants submit the attached Memorandum of Law in Support of Their Motion to Consolidate. Defendants also intend to file and serve reply papers. Defendants request an oral hearing on the Motion at a date and time to be determined by the Court.

Dated: May 12, 2023

                                                Respectfully submitted,

                    By:   *Scott C. Allan*
                            Christopher Renzulli
                            Scott C. Allan
                            **RENZULLI LAW FIRM, LLP**
                            One North Broadway, Suite 1005
                            White Plains, New York 10601
                            Telephone: (914) 285-0700
                            Email: crenzulli@renzullilaw.com
                                         sallan@renzullilaw.com

                            Attorneys for defendants Glock, Inc; Hi-Point Firearms a/k/a Strassel's Machine, Inc.; Kel-Tec CNC Industries, Inc.; O.F. Mossberg & Sons, Incorporated; Springfield Armory, Inc.; SCCY Industries, LLC; JJE Capital Holdings, LLC;

                                 Bangers, L.P. n/k/a Iron Valley™ Supply Co.; and RSR Group, Inc. and, for purposes of this motion, as liaison counsel for all defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                 *Scott C. Allan*
                                 Scott C. Allan
                                 **RENZULLI LAW FIRM, LLP**
                                 One North Broadway, Suite 1005
                                 White Plains, New York 10601
                                 Telephone: (914) 285-0700
                                 Email: sallan@renzullilaw.com