**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| The City of Buffalo,  )<br>　　　　　Plaintiff,  )<br>　v.  )<br>Smith & Wesson Brands, Inc., *et al.*,  )<br>　　　　　Defendants.  )<br>　<br>The City of Rochester,  )<br>　　　　　Plaintiff,  )<br>　v.  )<br>Smith & Wesson Brands, Inc., *et al.*,  )<br>　　　　　Defendants.  ) | Case No.: 23-CV-6061-FPG |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Marc A. Nardone of Bradley Arant Boult Cummings LLP withdraws as attorney of record for Defendants, Polymer80, Inc., Inc. in the above-captioned matter.

Respectfully submitted, this 28th day of December 2023.

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Marc Nardone*
Marc A. Nardone
Bradley Arant Boult Cummings LLP
1615 L Street, N.W., Suite 1350
Washington, DC 20036
P: (202) 719-8256
F: (202) 719-8356
mnardone@bradley.com

*Counsel for Defendants Polymer80, Inc.*

## CERTIFICATE OF SERVICE

I, hereby certify that, on December 28, 2023, the foregoing Notice of Withdrawal of Appearance was filed and served by electronic submission via the Court's CM/ECF system upon all counsel of record.

/s/ *Marc A. Nardone*
Marc A. Nardone