## CERTIFICATE OF SERVICE

I, James W. Porter, III herby certify that, on February 14, 2024, pursuant to this Court's Order dated February 14, 2024 granting the Motion to Withdraw of Polymer80's Attorneys, I served the foregoing Text Order, docket 118, by e-mail upon Defendant Polymer80's officers Daniel McCalmon and Loran Kelly.

/s/ James W. Porter, III
James W. Porter, III

4860-3074-2693.1