UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

THE CITY OF ROCHESTER,

                Plaintiff(s),

  v.                                        23-cv-06061-FPG
                                            23cv66

SMITH & WESSON BRANDS, INC., et al.,

                Defendant(s).
_____

## CLERK'S ENTRY OF DEFAULT

It appearing that Defendant(s)

Polymer80, Inc.,

are (is) in Default for failure to appear or otherwise defend as required by law, Default is hereby entered as against said defendants on this day of April 24, 2024.

                                            MARY C. LOEWENGUTH
                                            Clerk of Court
                                            United States District Court


                                            By: s/Tricia M. Frisa
                                                Deputy Clerk