AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | | |
|---|---|---|
| THE CITY OF ROCHESTER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  6:23-cv-06061-FPG |
| SMITH & WESSON BRANDS, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Please see attached list.

Date:   11/14/2024

/s/ Christopher Renzulli
*Attorney's signature*

Christopher Renzulli
*Printed name and bar number*

Renzulli Law Firm, LLP
One North Broadway, Suite 1005
White Plains, NY 10601
*Address*

crenzulli@renzullilaw.com
*E-mail address*

(914) 285-0700
*Telephone number*

(914) 285-1213
*FAX number*

Christopher Renzulli appearing on behalf of defendants:

Glock, Inc.;

Hi-Point Firearms a/k/a Strassel's Machine, Inc.;

Kel-Tec CNC Industries, Inc.;

O.F. Mossberg & Sons, Incorporated;

Springfield Armory, Inc.;

SCCY Industries, LLC;

RSR Group, Inc.;

JJE Capital Holdings, LLC; and,

Bangers, L.P. n/k/a Iron Valley™ Supply Co.