

ONE NORTH BROADWAY, SUITE 1005
WHITE PLAINS, NY 10601
TEL (914) 285-0700 ■ FAX (914) 285-1213
www.renzullilaw.com

July 17, 2025

<u>VIA ECF</u>

Honorable Frank P. Geraci, Jr.
United States District Judge
United States Courthouse
100 State Street
Rochester, NY 14614

>  Re:   *City of Rochester v. Smith & Wesson Brands, Inc., et al.*
>         <u>Case No. 1:23-cv-06061-FPG</u>
>         *City of Buffalo v. Smith & Wesson Brands, Inc., et al.*
>         <u>Case No. 1:23-cv-00066-FPG</u>

Dear Judge Geraci:

We are liaison counsel for the defendants in the captioned case. Pursuant to the June 8, 2023, Order (Doc. No. 117) staying further proceedings, we write to advise that the U.S. Court of Appeals for the Second Circuit has issued its decision regarding the facial challenge to the constitutionality of N.Y. General Business Law §§ 898-a-e in the *National Shooting Sports Foundation, Inc. v. James* case, No. 22-1374-cv, 2025 WL 1901082 (2d Cir. July 10, 2025).

Pursuant to this Court's March 7, 2023, Order (Doc. No. 71), defendants' responses to the complaints are now due on August 11, 2025. We also request an extension until September 25, 2025, for defendants to file motion(s) to dismiss the complaints, and until December 23, 2025, for plaintiffs to file either an amended complaint or a response in opposition to the motion(s) to dismiss. If plaintiffs file a response in opposition to the motion(s) to dismiss, defendants request until January 30, 2026 to file their replies. If plaintiffs file amended complaints, a potential extended date to respond to them will be requested after they have been reviewed.

Plaintiffs' counsel has agreed to the above schedule, and a draft stipulation is enclosed. Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure authorizes the court to extend a deadline for good cause "if a request is made, before the original time or its extension expires." "The rule gives broad discretion to a court to extend a time limit," and "'[g]ood cause' is usually not difficult to show." *Rankin v. City of Niagara Falls*, 293 F.R.D. 375, 390 (W.D.N.Y. 2013). Good cause exists to extend the deadline for defendants to respond to the complaint. The complaint in the Rochester case is 194 pages long and contains 579 paragraphs. The complaint in the Buffalo case is 189 pages and contains 573 paragraphs. There are dozens of defendants who will be coordinating

*City of Rochester v. Smith & Wesson Brands, Inc., et al.*
*City of Buffalo v. Smith & Wesson Brands, Inc., et al.*
*July 17, 2025*
*Page 2*

the motion(s) to dismiss to address issues common to all of them and avoid duplication. Given summer vacations, an extension beyond the current August 11, 2025, response date is needed to allow such coordination.

As such, defendants respectfully request that the Court approve the enclosed stipulation and proposed briefing schedule for motion(s) to dismiss, and extend the deadline for defendants to respond to the complaints until September 25, 2025.

Thank you for your attention to this matter.

                          Respectfully submitted,

                          **RENZULLI LAW FIRM, LLP**

                          */s/ Scott C. Allan*

                          Scott C. Allan

Enclosure

cc:    All counsel of record via ECF