IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER, ) <br> ) <br> Plaintiff, ) <br> -against- ) <br> ) <br> SMITH & WESSON BRANDS, INC.; et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 6:23-cv-06061-FPG <br><br> Honorable Frank P. Geraci, Jr. |
| THE CITY OF BUFFALO, ) <br> ) <br> Plaintiff, ) <br> -against- ) <br> ) <br> SMITH & WESSON BRANDS, INC.; et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. 6:23-cv-00066-FPG <br><br> Honorable Frank P. Geraci, Jr. |

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties hereto that the time for all Defendants to answer, move, or otherwise respond to the complaints be extended until September 25, 2025.

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs shall have until December 23, 2025 to either file amended complaints pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, or response(s) in opposition to the motion(s) to dismiss the complaints by Defendants.

**IT IS HEREBY STIPULATED AND AGREED** that Defendants shall have until January 30, 2026 to file replies in further support of their motion(s) to dismiss if Plaintiffs file a response

in opposition to them, and that the Parties shall agree on a date for Defendants to respond to any amended complaints that Plaintiffs may file instead of opposing the motions to dismiss.

Dated: July 17, 2025

Respectfully submitted,

By:  *Scott C. Allan*
Scott C. Allan
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, New York 10601
Telephone: (914) 285-0700
Email: sallan@renzullilaw.com
*Attorneys for Defendants Glock, Inc; Hi-Point Firearms a/k/a Strassel's Machine, Inc.; Kel-Tec CNC Industries, Inc.; O.F. Mossberg & Sons, Incorporated; Springfield Armory, Inc.; SCCY Industries, LLC; JJE Capital Holdings, LLC; and RSR Group, Inc. and, for purposes of this motion, as liaison counsel for all Defendants*

By:  */s/ Salvatore C. Badala*
Salvatore C. Badala
**NAPOLI SHKOLNIK**
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (844) 234-5481
Email: sbadala@napolilaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

*/s/ Scott C. Allan*
Scott C. Allan
**RENZULLI LAW FIRM, LLP**