UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER, | Case No. 6:23-cv-06061-FPG |
| Plaintiff, | Honorable Frank P. Geraci, Jr. |
| -against- | |
| SMITH & WESSON BRANDS, INC., et al., | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT JJE CAPITOL HOLDINGS, LLC ONLY** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated that Plaintiff The City of Rochester's ("Rochester") claims against Defendant JJE Capital Holdings, LLC ("JJE") only are hereby dismissed without prejudice, with each party to bear their own costs.

It is further stipulated that the statute of limitations is tolled relative to the claims that Rochester raised against JJE in the Complaint (that JJE is liable for Harrington and Richardson and New England Firearms previously sold by H&R Firearms, a/k/a H&R 1871, LLC, Compl. ¶¶ 66, 105-06) through the close of deadline to be set for the completion of fact discovery in this case.

Dated: July 18, 2025

| | |
|---|---|
| */s/ Salvatore C. Badala* | */s/ Scott C. Allan* |
| Salvatore C. Badala | Scott C. Allan |
| **NAPOLI SHKOLNIK** | **RENZULLI LAW FIRM, LLP** |
| 400 Broadhollow Road, Suite 305 | One North Broadway, Suite 1005 |
| Melville, NY 11747 | White Plains, NY 10601 |
| Telephone: (844) 234-5481 | Telephone: (914) 285-0700 |
| Email: sbadala@napolilaw.com | Email: sallan@renzullilaw.com |
| | |
| Attorneys for Plaintiff The City of Rochester | Attorneys for Defendant JJE Capital Holdings, LLC |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

                                      */s/ Scott C. Allan*
                                      Scott C. Allan
                                      **RENZULLI LAW FIRM, LLP**

Case 6:23-cv-06061-FPG    Document 132    Filed 07/18/25    Page 2 of 2