UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER, | Case No. 6:23-cv-06061-FPG |
| Plaintiff, | Honorable Frank P. Geraci, Jr. |
| -against- | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT JJE CAPITOL HOLDINGS, LLC ONLY** |
| SMITH & WESSON BRANDS, INC., et al., | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, it is hereby stipulated that Plaintiff The City of Rochester's ("Rochester") claims against Defendant JJE Capital Holdings, LLC ("JJE") only are hereby dismissed without prejudice, with each party to bear their own costs.

It is further stipulated that the statute of limitations is tolled relative to the claims that Rochester raised against JJE in the Complaint (that JJE is liable for Harrington and Richardson and New England Firearms previously sold by H&R Firearms, a/k/a H&R 1871, LLC, Compl. ¶¶ 66, 105-06) through the close of deadline to be set for the completion of fact discovery in this case.

Dated: July 18, 2025

/s/ Salvatore C. Badala
Salvatore C. Badala
**NAPOLI SHKOLNIK**
400 Broadhollow Road, Suite 305
Melville, NY 11747
Telephone: (844) 234-5481
Email: sbadala@napolilaw.com

Attorneys for Plaintiff The City of Rochester

/s/ Scott C. Allan
Scott C. Allan
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Email: sallan@renzullilaw.com

Attorneys for Defendant JJE Capital Holdings, LLC

SO ORDERED THIS 22 DAY OF July 2025

HON. FRANK P. GERACI, JR.
Chief U.S. District Judge