UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE CITY OF ROCHESTER, | Case No. 6:23-cv-06061-FPG |
| Plaintiff, | Consolidated with |
| -against- | |
| SMITH & WESSON BRANDS, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| THE CITY OF BUFFALO, | Case No. 1:23-cv-00066-FPG |
| Plaintiff, | Honorable Frank P. Geraci, Jr. |
| -against- | |
| SMITH & WESSON BRANDS, INC.; et al. | **SUGGESTION OF BANKRUPTCY** |
| Defendants. | |

Please take notice that on August 1, 2025, defendant SCCY Industries, LLC filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the of the United States Code in the United States Bankruptcy Court for the Middle District of Florida, which has been assigned case number 6:25−bk−04877−GER. Pursuant to 11 U.S.C. § 362, all further proceedings in these cases against SCCY Industries, LLC are automatically stayed.

Dated: August 15, 2025

*/s/ Scott C. Allan*
Scott C. Allan
**RENZULLI LAW FIRM, LLP**
One North Broadway, Suite 1005
White Plains, NY 10601
Telephone: (914) 285-0700
Email: sallan@renzullilaw.com

>Attorneys for Attorneys for defendants Glock, Inc; Hi-Point Firearms a/k/a Strassel's Machine, Inc.; Kel-Tec CNC Industries, Inc.; O.F. Mossberg & Sons, Incorporated; Springfield Armory, Inc.; SCCY Industries, LLC; Bangers, L.P. n/k/a Iron Valley™ Supply Co.; and RSR Group, Inc. and, for purposes of this filing, as liaison counsel for all defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record.

>*/s/ Scott C. Allan*
>Scott C. Allan
>**RENZULLI LAW FIRM, LLP**