**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE CITY OF ROCHESTER, | ) | Case No. 6:23-cv-06061-FPG |
| Plaintiff, | ) | Honorable Frank P. Geraci, Jr. |
| -against- | ) | |
| SMITH & WESSON BRANDS, INC.; GLOCK, INC.; STURM, RUGER & CO., INC.; AND TAURUS INTERNATIONAL MANUFACTURING, INC. | ) | |
| Defendants. | ) | |

THE CITY OF ROCHESTER,

       Plaintiff,

  -against-

SMITH & WESSON BRANDS, INC.;
GLOCK, INC.; STURM, RUGER & CO.,
INC.; AND TAURUS INTERNATIONAL
MANUFACTURING, INC.
       Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. 6:23-cv-06061-FPG

Honorable Frank P. Geraci, Jr.

THE CITY OF BUFFALO,

       Plaintiff,

  -against-

SMITH & WESSON BRANDS, INC.;
GLOCK, INC.; STURM, RUGER & CO.,
INC.; AND TAURUS INTERNATIONAL
MANUFACTURING, INC.
       Defendants.

)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-00066-FPG

Honorable Frank P. Geraci, Jr.

**DEFENDANTS' NOTICE OF JOINT MOTION TO DISMISS FIRST AMENDED
COMPLAINTS FOR FAILURE TO STATE A CLAIM UNDER RULE 12(b)(6)**

Defendants Smith & Wesson Brands, Inc.; Glock, Inc.; Sturm, Ruger & Co., Inc.; and

Taurus International Manufacturing, Inc. (collectively "Defendants") hereby move to dismiss the

First Amended Complaints of Plaintiffs Buffalo and Rochester (Dkts. 157 & 158) in their entirety

for failure to state a claim under Fed. R. Civ. P. 12(b)(6).

Defendants are simultaneously submitting a Memorandum in Support of their Joint Motion

to Dismiss.  Pursuant to Western District of New York Local Rule 7, Defendants hereby provide

notice that they intend to file and serve reply papers in support of this Motion to Dismiss, in accordance with this Court's order (Dkt. 172) adopting the parties' stipulation regarding page limits (Dkt. 171).

Dated: March 23, 2026

/s/ James B. Vogts
James B. Vogts (admitted PHV)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Telephone: (312) 222-8517
Email: jvogts@smbtrials.com

Meghan M. Brown
GOLDBERG SEGALLA LLP
665 Main Street
Suite 400
Buffalo, NY 14203
Telephone: (716) 566-5400
Email: mbrown@goldbergsegalla.com

*Counsel for Sturm, Ruger & Co., Inc.*

/s/ John F. Weeks IV
John F. Weeks IV (admitted PHV)
SMITH, GAMBRELL & RUSSELL, LLP
1105 West Peachtree Street NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
Email: jweeks@sgrlaw.com

John G. McCarthy
SMITH, GAMBRELL & RUSSELL, LLP
1301 Avenue of the Americas, 15th Floor
New York, NY 10019
Telephone: (212) 907-9700
Email: jmccarthy@sgrlaw.com

/s/ Noel J. Francisco
Noel J. Francisco (admitted PHV)
Anthony J. Dick (admitted PHV)
JONES DAY
51 Louisiana Ave. NW
Washington, DC 20001
Telephone: (202) 879-3939
Email: njfrancisco@jonesday.com
        ajdick@jonesday.com

Andrew Lelling (admitted PHV)
JONES DAY
100 High Street
Boston, MA 02110
Telephone: (617) 449-6856
Email: alelling@jonesday.com

Kelly Holt Rodriguez (admitted PHV)
JONES DAY
90 S 7th St.
Minneapolis, MN 55402
Telephone: (612) 217-8855
Email: kholt@jonesday.com

Barry Nelson Covert
LIPSITZ GREEN SCIME CAMBRIA LLP
42 Delaware Ave.
Suite 120
Buffalo, NY 14202
Telephone: (716) 849-1333
Email: bcovert@lglaw.com

*Counsel for Smith & Wesson Brands, Inc.*

/s/ Scott C. Allan
Christopher Renzulli
Scott C. Allan
RENZULLI LAW FIRM, LLP
One North Broadway, Suite 1005

*Counsel for Taurus International Manufacturing, Inc.*

White Plains, NY 10601
Telephone: (914) 285-0700
Email: crenzulli@renzullilaw.com
        sallan@renzullilaw.com

*Counsel for Glock, Inc.*