**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF ROCHESTER,<br><br>*Plaintiff,*<br><br>v.<br><br>SMITH & WESSON BRANDS, INC; et al.,<br><br>*Defendants.* | Case No. 6:23-cv-06061-FPG<br><br>LEAD CASE<br><br>Honorable Frank P. Geraci, Jr. |
| THE CITY OF BUFFALO,<br><br>*Plaintiff,*<br><br>v.<br><br>SMITH & WESSON BRANDS, INC; et al.,<br><br>*Defendants.* | Case No. 6:23-cv-00066-FPG<br><br>Honorable Frank P. Geraci, Jr. |

**NOTICE OF MOTION BY STATE OF MONTANA AND
22 ADDITIONAL STATES FOR LEAVE TO FILE *AMICI CURIAE*
BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Please take notice that the State of Montana, as well as the 22 additional States listed in the attached list of Additional Law Officers of *Amici* move this Court under Federal Rule of Civil Procedure 7(b) for leave to file an *amici curiae* brief in support of Defendants' Motion to Dismiss. The plaintiffs and defendants have "assent[ed]" to the filing of this Motion. The grounds for this request are stated in the accompanying memorandum of law and the papers submitted with this request include the proposed *amici* brief and a proposed order.

Dated: March 30, 2026

Respectfully submitted,

AUSTIN KNUDSEN
Attorney General of Montana

1

By: ___*Joseph T. Burns*___
Joseph T. Burns (N.Y. Bar No. 4411666)
Holtzman Vogel Baran Torchinsky & Josefiak
PLLC
5360 Genesee St., Suite 203
Buffalo, NY 14026
Phone: (716) 647-6103
Email: jburns@holtzmanvogel.com

*Counsel for Amicus State of Montana, by and
through Attorney General Austin Knudsen*

## ADDITIONAL AUTHORIZED LAW OFFICERS OF AMICI

STEVE MARSHALL
*Attorney General of*
*Alabama*

STEPHEN J. COX
*Attorney General of*
*Alaska*

TIM GRIFFIN
*Attorney General of*
*Arkansas*

JAMES UTHMEIER
*Attorney General of*
*Florida*

CHRISTOPHER M. CARR
*Attorney General of*
*Georgia*

RAÚL R. LABRADOR
*Attorney General of*
*Idaho*

THEODORE E. ROKITA
*Attorney General of*
*Indiana*

BRENNA BIRD
*Attorney General of*
*Iowa*

KRIS W. KOBACH
*Attorney General of*
*Kansas*

LIZ MURRILL
*Attorney General of*
*Louisiana*

LYNN FITCH
*Attorney General of*
*Mississippi*

MICHAEL T. HILGERS
*Attorney General of*
*Nebraska*

JOHN M. FORMELLA
*Attorney General of*
*New Hampshire*

DREW H. WRIGLEY
*Attorney General of*
*North Dakota*

GENTNER F. DRUMMOND
*Attorney General of*
*Oklahoma*

ALAN WILSON
*Attorney General of*
*South Carolina*

MARTY JACKLEY
*Attorney General of*
*South Dakota*

JONATHAN SKRMETTI
*Attorney General of*
*Tennessee*

KEN PAXTON
*Attorney General of*
*Texas*

DEREK BROWN
*Attorney General of*
*Utah*

JOHN B. MCCUSKEY
*Attorney General of*
*West Virginia*

KEITH G. KAUTZ
*Attorney General of*
*Wyoming*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I filed the foregoing with the Clerk of Court by using the CM/ECF system, through which counsel for all parties will be served.

*Joseph T. Burns*
Joseph T. Burns
*Counsel for Amicus State of Montana, by and through Attorney General Austin Knudsen*

4