**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CITY OF ROCHESTER, <br><br> *Plaintiff*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC; et al., <br><br> *Defendants.* | Case No. 6:23-cv-06061-FPG <br><br> Honorable Frank P. Geraci, Jr. |
| THE CITY OF BUFFALO, <br><br> *Plaintiff*, <br><br> v. <br><br> SMITH & WESSON BRANDS, INC; et al., <br><br> *Defendants.* | Case No. 6:23-cv-00066-FPG <br><br> Honorable Frank P. Geraci, Jr. |

## ORDER

On consideration of the Notice of Motion by the State of Montana and 22 Additional States for leave to file a brief as *Amici Curiae* in this matter, and the Court finding good cause to grant the Motion, it is hereby ORDERED:

1.  The Motion is GRANTED; and

2.  The proposed brief submitted simultaneously with the Motion shall be filed in this action upon entry of this Order.

SO ORDERED this _____ day of _____, 2026.

_____
Hon. Frank P. Geraci, Jr.
Chief U.S. District Judge

1